JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE ALLEN DARCHE, JR., <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:16-cv-01894-SHK <br><br><br> JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED for further proceedings consistent with this Court's Opinion and Order.

DATED: 6/28/2018

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge